IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY LEE UNGARO
ADC # 137198                                                                                   PLAINTIFF

V.                              CASE NO. 5:11CV00251 SWW/BD

RAY HOBBS                                                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 2nd day of December, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE